IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re CARIBBEAN PETROLEUM LP, *et al.*

| | |
|---|---|
| Hernan Serrano, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative,<br><br>          Plaintiff,<br>   v.<br><br>The Canada Life Assurance Company, Canada Life Insurance Company of Puerto Rico, Inc. and MAPFRE Life Insurance Company,<br><br>          Defendants. | Civil Action No. 04-430 SLR<br><br><br>Adversary Case No. 03-60010 (PJW)<br>Bankruptcy Case No. 01-11657 (PJW) |

## STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff, Hernan Serrano, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative; and, defendants, The Canada Life Assurance Company, Canada Life Insurance Company of Puerto Rico, Inc. and MAPFRE Life Insurance Company, hereby stipulate to the voluntary dismissal with prejudice of the *Complaint for Avoidance and Recovery of Preferential Transfers* (the "Complaint") in the above-captioned action.

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: _June 13_____, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.


_____
Laura Davis Jones (Bar No. 2436)
Bruce Grohsgal (Bar No. 3583)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Andrew W. Caine (Bar No. 110345)
Steven J. Kahn (Bar No. 76933)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760

Counsel for Plaintiff

ASHBY & GEDDES


_____ 6/10/05
William Pierce Bowden (Bar No. 2553)
Ricardo Palacio (Bar No. 3765)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Telephone:  (302) 654-1888
Facsimile:   (302) 654-2067



Counsel for Defendants, The Canada
Life Assurance Company, Canada Life
Insurance Company of Puerto Rico,
Inc. and MAPFRE Life Insurance
Company